SEPTEMBER 8, 1952

**No. 56861.**—SUIT 4699.—United States *v.* James H. Rhodes & Co.——Abstract 55525 affirmed May 28, 1952. C. A. D. 488.

SEPTEMBER 10, 1952

**No. 56862.**—SUIT 4736.—S. S. Kresge Company *v.* United States.——Abstract 56297. (Appeal dismissed June 20, 1952.)

BEFORE THE FIRST DIVISION, SEPTEMBER 15, 1952

**No. 56863.**—C. J. Tower & Sons *v.* United States, protests 176891–K, 176892–K, and 175979–K (Buffalo).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.

**No. 56864.**—J. D. Smith Inter Ocean, Inc. *v.* United States, protest 178484–K (New York).

Opinion by OLIVER, C. J. An examination of the record failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.